UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-CV-61802-MOORE/SIMONTON

ROBERT LICARI,

Plaintiff,

vs.

ONLINE INFORMATION SERVICES, INC.,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ROBERT LICARI (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: November 5, 2010

Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn
E-mail:  AGlenn@cardandglenn.com
Florida Bar No. 577261
J. Dennis Card, Jr.
E-mail:  DCard@cardandglenn.com
Florida Bar No. 0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone:  (954) 921-9994
Facsimile:   (954) 921-9553
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn_____
Andrew I. Glenn

## SERVICE LIST

David P Hartnett, Esq.
Email: dhartnett@hinshawlaw.com
Hinshaw & Culbertson LLP
9155 S. Dadeland Boulevard, Suite 1600
Miami, Florida 33156-2741
Telephone: (305) 358-7747
Facsimile: (305) 577-1063
Attoney for Defendant
Served via CM/ECF